## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CANDY M. SOUSA, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION., JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL ACTION NO. 04-30022-MAP**

| | |
|---|---|
| YOSEF STREICHER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WAVE SYSTEMS CORPORATION., JOHN E. BAGALAY, JR., STEVEN K. SPRAGUE and GERARD T. FEENEY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CIVIL ACTION NO. 04-30026-KPN**

[additional captions continued on next page]

## NOTICE OF APPEARANCE

RAFAT DAWOD, Individually and On Behalf of
Himself and All Others Similarly Situated,                    )
                                                              )
                                                              )
                                                              )
                                    Plaintiff,                )
                                                              )        CIVIL ACTION
            v.                                                )        NO. 04-30029-KPN
                                                              )
WAVE SYSTEMS CORPORATION., STEVEN K.                          )
SPRAGUE and GERARD T. FEENEY,                                 )
                                                              )
                                    Defendants.               )
                                                              )
ALVIN CHESS, Individually and On Behalf of All                )
Others Similarly Situated,                                    )
                                                              )
                                    Plaintiff,                )
                                                              )        CIVIL ACTION
            v.                                                )        NO. 04-30037-MAP
                                                              )
WAVE SYSTEMS CORP., STEVEN K. SPRAGUE and                     )
GERARD T. FEENEY,                                             )
                                                              )
                                    Defendants.               )
                                                              )
MICHAEL D. VICKER, On Behalf of Himself and All               )
Others Similarly Situated,                                    )
                                                              )
                                    Plaintiff,                )
                                                              )        CIVIL ACTION
            v.                                                )        NO. 04-30040-MAP
                                                              )
WAVE SYSTEMS CORP., JOHN E. BAGALAY, JR.,                     )
STEVEN K. SPRAGUE and GERARD T. FEENEY,                       )
                                                              )
                                    Defendants.               )
                                                              )

[additional captions continued on next page]

| | |
|---|---|
| H. MARTIN BOHMAN, On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY, <br><br> Defendants. | CIVIL ACTION NO. 04-30041-MAP |
| Jimmy Suo, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY, <br><br> Defendants. | CIVIL ACTION NO. 04-30042-MAP |
| JACK SCHULMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WAVE SYSTEMS CORPORATION., STEVEN K. SPRAGUE and GERARD T. FEENEY, <br><br> Defendants. | CIVIL ACTION NO. 04-30043-MAP |

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael D. Blanchard of the law firm of Bingham McCutchen, LLP, One State Street, Hartford, CT, 06103 (860) 240-2700, as counsel for Defendants Wave Systems Corporation, Steven Sprague, John E. Bagalay, Jr and Gerard T. Feeney.

Respectfully Submitted,

Michael D. Blanchard, BBO #636860
**BINGHAM McCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
(860) 240-2700

Dated: September 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand upon each attorney of record for each party at the September 1, 2004 hearing, and by mail upon each attorney of record for each party on September 1, 2004.

Michael D. Blanchard