UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL VICKER,                )
      Plaintiff       )
                               )
      v.              ) CIVIL ACTION NO. 04-30040-MAP
                               )
WAVE SYSTEMS CORP., ET AL,     )
      Defendants      )

ORDER REGARDING
MOTION FOR EXTENSION OF TIME
AND ORDER RE: CONSOLIDATION
(Docket No. 2)

September 3, 2004

PONSOR, U.S.D.J.

    The Motion for Extension of Time (Docket No. 2) is hereby ALLOWED. Defendants will have an extension in accordance with the scheduling order issued today in the related case of C.A. 04-30022-MAP. In addition, this case is hereby ordered consolidated with C.A. 04-30022-MAP. Based upon this consolidation, the clerk is ordered to close this case.

    It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge